

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dennis Eugene Allen, Appellant

No. 06-13-00173-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR01912). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Dennis Eugene Allen, pay all costs of this appeal.

RENDERED J UNE 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk